**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON W. SHAW,

    Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION

    Defendant
_____/

No. C 07-3379 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; EXTENDING DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT OR FOR REMAND**

By order filed November 19, 2007, the Court ordered plaintiff to show cause, no later than December 7, 2007, why the above-titled action should not be dismissed for failure to prosecute, as plaintiff had not filed a motion for summary judgment or for remand within 30 days of service of defendant's answer.[1]

On December 6, 2007, plaintiff filed a response, wherein plaintiff's counsel asserts he was not served with a copy of the transcript of the administrative proceedings until November 28, 2007. (See Pl.'s Resp. to Order to Show Cause at 1:20-21). Plaintiff requests an extension to December 31, 2007 to file a motion for summary judgment or for remand.

---

[1] By order filed June 27, 2007, plaintiff was directed to "file a motion for summary judgment or for remand within thirty days of service of defendant's answer." (See Procedural Order for Social Security Review Actions ¶ 2.) Defendant's answer was served October 2, 2007.

1     Plaintiff having timely shown good cause why the action should not be dismissed, the
2 order to show cause is hereby DISCHARGED, and the deadline for plaintiff to file a motion
3 for summary judgment or for remand is hereby EXTENDED to December 31, 2007.

4     **IT IS SO ORDERED.**

6 Dated: December 11, 2007

                        MAXINE M. CHESNEY
                        United States District Judge