IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON W. SHAW

        Plaintiff,

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION

        Defendant

No. C 07-3379 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; EXTENDING DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT OR FOR REMAND**

        By order filed November 19, 2007, the Court ordered plaintiff to show cause, no later than December 7, 2007, why the above-titled action should not be dismissed for failure to prosecute, as plaintiff had not filed a motion for summary judgment or for remand within 30 days of service of defendant's answer.[1]

        On December 6, 2007, plaintiff filed a response, wherein plaintiff's counsel asserts he was not served with a copy of the transcript of the administrative proceedings until November 28, 2007. (See Pl.'s Resp. to Order to Show Cause at 1:20-21). Plaintiff requests an extension to December 31, 2007 to file a motion for summary judgment or for remand.

---

[1] By order filed June 27, 2007, plaintiff was directed to "file a motion for summary judgment or for remand within thirty days of service of defendant's answer." (See Procedural Order for Social Security Review Actions ¶ 2.) Defendant's answer was served October 2, 2007.

Plaintiff having timely shown good cause why the action should not be dismissed, the order to show cause is hereby DISCHARGED, and the deadline for plaintiff to file a motion for summary judgment or for remand is hereby EXTENDED to December 31, 2007.

**IT IS SO ORDERED.**

Dated: December 11, 2007

MAXINE M. CHESNEY
United States District Judge