UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON W. SHAW, | No. C-07-3379 EMC |
|     Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
|     Defendant. _____/ | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** dated April 14, 2008, Judgment is hereby entered in favor of Defendant. The Clerk of the Court is directed to close this matter.

Dated: April 16, 2008　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　*Betty Fong*

　　　　　　　　　　　　　　　　　　　　　　　　　By: Betty Fong
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk